No. 13,261.

DAFFERNER *v.* AUTOMOBILE INSURANCE COMPANY OF
HARTFORD.
(33 P. [2d] 1115)

Decided May 7, 1934.   Rehearing denied June 18, 1934.

Judgment affirmed in department without written opinion, Mr. Justice Butler, sitting for Mr. Chief Justice Adams, Mr. Justice Burke and Mr. Justice Holland participating.

Messrs. MOFFETT & HITCHCOCK, for plaintiff in error.

Messrs. SMITH, BROCK, AKOLT & CAMPBELL, Mr. J. H. SHEPHERD, for defendant in error.